**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WON S. CHOI & KAP YEOP JUN, Plaintiffs, v. DAMUL CORP., et al.,, Defendants. | Civil Action No. 12-2440 (JLL)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of defendants' motion to vacate the entry of default judgment entered against them on August 21, 2012 and to dismiss Plaintiffs Won Choi and Kap Yeop Jun's Complaint for lack of personal jurisdiction [Docket Entry No. 16]. This Court had referred defendants' motions to the Honorable Michael A. Hammer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Hammer filed a Report and Recommendation in connection with said motions on December 11, 2013. In particular, Magistrate Judge Hammer recommended that defendants' motion to vacate the entry of default judgment be granted and that the Complaint be dismissed without prejudice. To date, the Court has received no objection with respect to Magistrate Judge Hammer's Report and Recommendation, and for good cause shown,

**IT IS** on this _27_ day of **January, 2014**

**ORDERED** that the Report and Recommendation of Magistrate Judge Hammer, filed on December 11, 2013 [Docket Entry No. 18], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

1

**ORDERED** that defendants' motion to vacate and dismiss [Docket Entry Nos. 16] is **granted**.

The entry of default against defendants [Docket Entry No. 15] is hereby **vacated** and the Complaint [Docket Entry No. 1] **dismissed without prejudice**.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

2